```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0174--CV (JWS)
            "M. CELESTE BARRAS V HEALTHSOUTH MEDICAL ET AL"

       Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 07/22/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (720) Labor/Management Relations Act
                   CLAIMS UNDER FMLA AND TITLE VII
           Origin: (2) Removed from State Court
           Demand: 50
       Filing fee: Paid $250.00 on 07/22/05 receipt # 00126205
         Trial by:
```

```
Parties of Record:                        Counsel of Record:

PLF 1.1       BARRAS, M. CELESTE          Kenneth P. Jacobus
                                          310 K Street, Suite 200
                                          Anchorage, AK 99501
                                          907-277-3333
                                          FAX 907-264-6666

DEF 1.1       HEALTHSOUTH MEDICAL CLINICS OF   Patricia A. Vecera
              ANCHORAGE LLC                    Turner & Mede
                                               1500 W. 33rd Avenue, Suite 200
                                               Anchorage, AK 99503-3502
                                               907-276-3961
                                               FAX 907-277-3695

DEF 2.1       U.S. HEALTHWORKS HOLDING CO INC  Patricia A. Vecera
                                               (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0174--CV (JWS)
             "M. CELESTE BARRAS V HEALTHSOUTH MEDICAL ET AL"

                         For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 07/22/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (720) Labor/Management Relations Act
                    CLAIMS UNDER FMLA AND TITLE VII
            Origin: (2) Removed from State Court
            Demand: 50
        Filing fee: Paid $250.00 on 07/22/05 receipt # 00126205
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/22/05 | DEF 2 Notice of Removal from Superior Court for the State of Alaska case 3AN-03-7078CI w/att exhs. |
| 2 - 1 | 07/22/05 | DEF 2 Notice of filing notice of removal. |
| 3 - 1 | 07/22/05 | DEF 2 Service List. |
| 4 - 1 | 07/22/05 | DEF 2 Answer to Second Amended Complaint. |
| 5 - 1 | 07/26/05 | JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to file w/crt w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 6 - 1 | 07/29/05 | DEF 2 Notice of filing docs filed in Superior Crt proceedings. |
| 7 - 1 | 09/27/05 | JWS Minute Order that plf file proofs of svc on defs served & proceed to serve any other defs so as to comply w/FRCvP 4(m). cc: cnsl |
| NOTE - 1 | 10/17/05 | Issued: summons re: DEF 1. |
| 8 - 1 | 10/28/05 | PLF 1 Return of Service Executed re: DEF 1 on 10/20/05. |
| 9 - 1 | 10/31/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 11/09/05 | DEF 1 Attorney Appearance of P. Vecera. |
| 11 - 1 | 11/09/05 | DEF 1 Answer to  Second Amended Complaint. |
| 12 - 1 | 11/23/05 | DEF 1-2 Disclosure stmt re: corporate affiliation. |
| 13 - 1 | 11/29/05 | PLF 1; DEF 1-2 Report re: scheduling & planning conf. |