Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

Counsel for Celeste Barras

**FILED**
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS | ) |
| | ) |
| Plaintiff | ) |
| -vs- | ) |
| | ) |
| HEALTHSOUTH/U.S. HEALTHWORKS | ) |
| | ) |
| Defendants | ) |
| | ) Case No. A05-0174-CV (JWS) |

**NON-OPPOSITION TO MOTION FOR MEDIATION**

Celeste Barras does not oppose defendants' request for mediation dated November 29, 2005.

Dated this 11th day of December, 2005.

KENNETH P. JACOBUS, P.C.

By _____
Kenneth P. Jacobus
AK Bar No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of this Non-Opposition
to Request for Mediation was mailed on December 11, 2005, to:

Patricia A. Vacera
Turner and Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage AK 99503-3502

_____
Kenneth P. Jacobus