**FILED**
DEC 1 5 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

M. CELESTE BARRAS        v.   HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, al.

THE HONORABLE JOHN W. SEDWICK        CASE NO. A05-0174 CV (JWS)

Deputy Clerk                          Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The joint request for mediation by a settlement judge at docket 14 is **GRANTED**. Hon. Ralph Beistline will be the settlement judge. A standard order for a settlement conference will be issued shortly.

DATE: December 15, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A05-0174--CV (JWS)   12-15-05
K. JACOBUS
P. VECERA
JUDGE BEISTLINE

17