Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

Counsel for Celeste Barras

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| -vs- | ) |
| | ) |
| HEALTHSOUTH/U.S. HEALTHWORKS | ) |
| | ) |
| Defendants | ) |
| | ) Case No. A05-0174-CV (JWS) |

## MOTION FOR ENLARGEMENT OF TIME

Celeste Barras moves for a thirty-day enlargement of time on all presently existing deadlines in this case. This includes, but is not limited to, the December 30, 2005, deadline to submit initial disclosures and the January 6, 2006, deadline to submit settlement briefs.

The reason for this motion is the fact that a new counsel will be substituted for the undersigned in this case, and that counsel should be allowed sufficient time to familiarize himself with the case and proceed with it as he deems appropriate in his own professional judgment.

I discussed this motion today with Patricia Vacera, attorney for the defendants in this case, and she stated that she had no opposition to this motion.

LAW OFFICES OF
KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

This time enlargement should be granted.

Dated this 30th day of December, 2005.

KENNETH R. JACOBUS, P.C.

By _____
Kenneth P. Jacobus
AK Bar No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of this Motion for Enlargement of Time was mailed and faxed on December 30, 2005, to:

Patricia A. Vacera, Fax No. 277-3695
Turner and Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage AK 99503-3502

_____
Kenneth P. Jacobus

LAW OFFICES OF
KENNETH P. JACOBUS, P.C.
310 K STREET, SUITE 200
ANCHORAGE AK 99501-2064
TELEPHONE (907) 277-3333

2