MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*CELESTE BARRAS*    v.    *HEALTHSOUTH/U.S. HEALTHWORKS*

THE HONORABLE JOHN W. SEDWICK    CASE NO.  3:05-CV-00174 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**    Date:  January 24, 2006

The motion for enlargement of time at docket 19 is **GRANTED**.