TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>HEALTHSOUTH MEDICAL CLINICS OF )<br>ANCHORAGE, LLC & U.S. )<br>HEALTHWORKS HOLDING CO., INC., )<br>)<br>　　　　Defendants. )<br>_____) | Case No. A05-0174-CV (JWS) |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF**
**FRCP 26 DISCLOSURES AND TO IMPOSE SANCTIONS**

Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants"), by and through counsel of record, hereby file this motion to compel plaintiff Celeste Barras ("Barras") to produce her FRCP 26(a) Initial Disclosures and for the imposition of sanctions upon Barras for discovery violations.  The undersigned counsel certifies that she has made

Page 1 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al,
Case No. A05-0174-CV (JWS)
Motion to Compel Production of FRCP 26 Disclosures and to Impose Sanctions

a good faith effort to informally secure compliance prior to bringing this motion but has been unable to do so.

This motion is made pursuant to Federal Civil Rules 37(a) and D. Ak. LR 37.1(a)-(b) and is supported by the accompanying memorandum, affidavit and proposed order for the Court.

DATED at Anchorage, Alaska, this ___ day of April 2006.

TURNER & MEDE, P.C.
Attorneys for defendants
HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc.

By:_____
Patricia A. Vecera
Alaska Bar No. 9411111

Certificate of Service

This is to certify that on this ___ day of April 2006, a true and correct copy of the foregoing was mailed, postage prepaid, to:

Kenneth P. Jacobus
Law Offices Of Kenneth P. Jacobus
425 G Street, Suite 920
Anchorage, AK 99501-2140

Darryl L. Jones
109 W. 6th Avenue  Suite 200
Anchorage, AK 99501

_____
Kimberly A. Taylor

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al,
Case No. A05-0174-CV (JWS)
Motion to Compel Production of FRCP 26 Disclosures and to Impose Sanctions