```
TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS,              )<br>                              )<br>        Plaintiff,          )<br>                              )<br>   v.                         )<br>                              )<br>HEALTHSOUTH MEDICAL CLINICS OF)<br>ANCHORAGE, LLC & U.S.         )<br>HEALTHWORKS HOLDING CO., INC.,)<br>                              )<br>        Defendants.          )<br>_____) | Case No. A05-0174-CV (JWS) |

### ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FRCP 26 DISCLOSURES AND TO IMPOSE SANCTIONS

Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants"), having moved this Court for an order compelling plaintiff Celeste Barras ("Barras") to produce her FRCP 26(a) Initial Disclosures and imposing sanctions for discovery violations, and the Court having considered said motion and any opposition thereto:

Page 1 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Order Granting Motion to Compel Production of FCRP 26 Disclosures and to
Impose Sanctions

IT IS HEREBY ORDERED that:

1)  Defendants' Motion to Compel is GRANTED;

2)  Barras is hereby ordered to produce her FRCP 26(a) Initial Disclosures within ten days of the date of this order.

3)  Pursuant to Federal Civil Rule 37(a)(4)(A) and D. Ak. LR 37.1(b), Barras shall pay Defendants the amount of $_____ for costs and attorney fees incurred in bringing the instant motion.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

_____
The Honorable John W. Sedwick
U.S. District Court Judge

Page 2 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Order Granting Motion to Compel Production of FCRP 26 Disclosures and to
Impose Sanctions

Certificate of Service

This is to certify that on this ___ day of April 2006, a true and correct copy of the foregoing was mailed, postage prepaid, to:

    Kenneth P. Jacobus
    Law Offices Of Kenneth P. Jacobus
    425 G Street, Suite 920
    Anchorage, AK 99501-2140

    Darryl L. Jones
    109 W. 6th Avenue  Suite 200
    Anchorage, AK 99501


_____
    Kimberly A. Taylor

Page 3 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Order Granting Motion to Compel Production of FCRP 26 Disclosures and to Impose Sanctions