# Turner & Mede, P.C.
Attorneys at Law

---

1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502
Telephone: (907) 276-3963
Facsimile: (907) 277-3695

February 16, 2006

Natalie A. Cale
William F. Mede
Norman P. Resnick
Terrance A. Turner
Patricia A. Vecera

BY FACSIMILE

Kenneth P. Jacobus
Law Offices Of Kenneth P. Jacobus
310 K Street, Suite 200
Anchorage, AK 99501

Re: Celeste Barras v. HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc., USDC Case No. A05-0174-CV (JWS)

Dear Ken:

I left two messages for you asking you to apprise me of the status of the Barras matter. Daryl Jones and his investigator reviewed our files over a month ago to determine if he wanted to assume the case. We have not heard back from him.

At this point, plaintiff's Rule 26 disclosures are overdue. Is Ms. Barras intending on proceeding on a *pro se* basis? Does she still have any interest in participating in a mediation with a retired federal judge? We believe such a process would be useful for purposes of having an objective third party persuade her she has a baseless and frivolous claim.

Please let me know at your earliest convenience the status of this matter. I will be out of the office later this month. In my absence, please contact Bill Mede and let him know who, if anyone, intends to represent Ms. Barras in this matter. In addition, please submit plaintiff's Rule 26 disclosures immediately so we will not be forced to file a motion to compel.

Thank you for your prompt attention to this matter.

Sincerely,

Patricia A. Vecera

Exhibit A
Page 1 of 1