# Turner & Mede, P.C.
Attorneys at Law

---

1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502
Telephone: (907) 276-3963
Facsimile: (907) 277-3695

March 24, 2006

Natalie A. Cale
William F. Mede
Norman P. Resnick
Terrance A. Turner
Patricia A. Vecera

BY FACSIMILE

Kenneth P. Jacobus
Law Offices Of Kenneth P. Jacobus
310 K Street, Suite 200
Anchorage, AK 99501

Re: Celeste Barras v. HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc., USDC Case No. A05-0174-CV (JWS)

Dear Ken:

This letter is to memorialize our recent telephone discussion in which we agreed Plaintiff shall have until April 10, 2006 in which to provide Defendants with her Rule 26 disclosures. Please do not hesitate to contact me if you have any questions.

Very truly yours,

TURNER & MEDE, P.C.
Attorneys for Defendants Healthsouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc.

for Patricia A. Vecera

PAV/kat

cc: Darryl L. Jones (By Fax)

Exhibit B
Page 1 of 1