# Turner & Mede, P.C.
Attorneys at Law

1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502
Telephone: (907) 276-3963
Facsimile: (907) 277-3695

Natalie A. Cale
William F. Mede
Norman P. Resnick
Terrance A. Turner
Patricia A. Vecera

April 17, 2006

BY FACSIMILE

Kenneth P. Jacobus
Law Offices Of Kenneth P. Jacobus
310 K Street, Suite 200
Anchorage, AK 99501

Re:   Celeste Barras v. HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc., USDC Case No. A05-0174-CV (JWS)

Dear Ken:

This is a *final request* for you to submit Plaintiff's Federal Civil Rule 26 disclosures. In preparing the proposed "Scheduling and Planning Order," you agreed to provide plaintiff's Rule 26 disclosures by December 30, 2005. On that date, you filed a motion, which the Court subsequently granted, for a 30-day enlargement of time on all existing deadlines. In a letter dated February 16, 2006, I informed you that plaintiff's Rule 26 disclosures were two weeks overdue and requested that you immediately comply with the deadline. On March 24, 2006, pursuant to my discussion with you and Darryl Jones, we agreed plaintiff shall have until Monday, April 10, 2006 to submit her Rule 26 disclosures. You failed to meet this deadline as well.

If plaintiff's Rule 26 disclosures are not received on or before Wednesday, April 19, 2006, we will immediately file a motion to compel and seek sanctions. Please comply with your discovery obligations under the Federal Civil Rules. We do not want to have to seek the Court's assistance.

Very truly yours,

TURNER & MEDE, P.C.
Attorneys for Defendants Healthsouth Medical
Clinics of Anchorage, LLC and U.S. Healthworks
Holding Co., Inc.

Patricia A. Vecera

PAV/kat
cc: Darryl L. Jones (By Fax)

Exhibit ___C___
Page __1__ of __1__