TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CELESTE BARRAS,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )
                                         )
HEALTHSOUTH MEDICAL CLINICS OF)
ANCHORAGE, LLC & U.S.                    )
HEALTHWORKS HOLDING CO., INC.,)
                                         )
            Defendants.                  )
_____)      Case No. A05-0174-CV (JWS)

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL**
**PRODUCTION OF FRCP 26 DISCLOSURES AND TO IMPOSE SANCTIONS**

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

        Patricia A. Vecera, being first duly sworn upon her oath,

deposes and states as follows:

        1.    I am an attorney with the law firm of Turner & Mede,

P.C., counsel for Defendants in this matter.

Page 1 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Affidavit of Counsel in Support of Motion to Compel Production of FCRP 26
Disclosures and to Impose Sanctions

*(left margin, vertical)* Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Exhibit ___D___
Page __1__ of _3_

2.   After sending numerous letters to Plaintiff's counsel, on Friday, April 21, 2006, I contacted Mr. Jacobus by telephone in one final attempt to get Barras to produce her disclosures.   Mr. Jacobus advised me that he was no longer representing Barras and requested I speak directly with Darryl Jones.   I advised Mr. Jacobus that, although Mr. Jones had been copied with all correspondence, he has not yet entered an appearance on behalf of Barras and therefore Mr. Jacobus was still ultimately responsible for complying with the Court's deadlines. Mr. Jacobus essentially indicated that the matter was out of his hands and that Barras' lawsuit was "no longer [his] case."

3.   Further your affiant sayeth naught.

_____
Patricia A. Vecera

SUBSCRIBED AND SWORN to before me this _____ day of April 2006.



OFFICIAL SEAL
STATE OF ALASKA
KIMBERLY A. TAYLOR
NOTARY PUBLIC

_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: 7-19-08

**Turner & Mede, P.C.**
ATTORNEYS AT LAW
1800 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Page 2 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Affidavit of Counsel in Support of Motion to Compel Production of FCRP 26
Disclosures and to Impose Sanctions

Exhibit ___D___
Page __2__ of _3_

<u>Certificate of Service</u>

This is to certify that on this ___ day of
April 2006, a true and correct copy of the
foregoing was mailed, postage prepaid, to:

     Kenneth P. Jacobus
     Law Offices Of Kenneth P. Jacobus
     425 G Street, Suite 920
     Anchorage, AK 99501-2140

     Darryl L. Jones
     109 W. 6th Avenue  Suite 200
     Anchorage, AK 99501

_____
     Kimberly A. Taylor

**Turner & Mede, P.C.**
ATTORNEYS AT LAW
1500 WEST 33nd AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Page 3 of 3
<u>Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,</u>
Case No. A05-0174-CV (JWS)
Affidavit of Counsel in Support of Motion to Compel Production of FCRP 26
Disclosures and to Impose Sanctions

Exhibit ___D___
Page _3_ of _3_