```
TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS,                  )<br>                                  )<br>        Plaintiff,               )<br>                                  )<br>    v.                            )<br>                                  )<br>HEALTHSOUTH MEDICAL CLINICS OF)<br>ANCHORAGE, LLC & U.S.             )<br>HEALTHWORKS HOLDING CO., INC.,)<br>                                  )<br>        Defendants.              )<br>_____)  | Case No. A05-0174-CV (JWS) |

**NOTICE OF CORRECTION TO DEFENDANTS' MOTION TO COMPEL PRODUCTION OF FRCP 26 DISCLOSURES AND TO IMPOSE SANCTIONS**

Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants"), by and through counsel of record, hereby file the attached revised signature page to its Motion to Compel Production of FRCP 26 Disclosures and to Impose Sanctions.

```
Page 1 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Notice of Correction to Defendants' Motion to Compel Production of FCRP 26
Disclosures and to Impose Sanctions
```

DATED at Anchorage, Alaska, this 24th day of April 2006.

s/Patricia A. Vecera
Turner & Mede, P.C.
1500 W. 33rd Ave., Ste. 200
Anchorage, AK 99503
Phone: (907) 276-3963
Fax: (907) 277-3695
E-mail: pvecera@turnermede.com
Alaska Bar No. 9411111

**Certificate of Service**

I hereby certify that on April 24, 2006, a copy of the foregoing Notice of Correction to Motion to Compel Production of FCRP 26 Disclosures and to Impose Sanctions was served electronically on Kenneth P. Jacobus

s/Patricia A. Vecera

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Notice of Correction to Defendants' Motion to Compel Production of FCRP 26 Disclosures and to Impose Sanctions