a good faith effort to informally secure compliance prior to bringing this motion but has been unable to do so.

This motion is made pursuant to Federal Civil Rules 37(a) and D. Ak. LR 37.1(a)-(b) and is supported by the accompanying memorandum, affidavit and proposed order for the Court.

DATED at Anchorage, Alaska, this 24th day of April 2006.

s/Patricia A. Vecera
Turner & Mede, P.C.
1500 W. 33rd Ave., Ste. 200
Anchorage, AK 99503
Phone: (907) 276-3963
Fax: (907) 277-3695
E-mail: pvecera@turnermede.com
Alaska Bar No. 9411111

**Certificate of Service**

I hereby certify that on April 24, 2006, a copy of the foregoing Motion to Compel Production of FCRP 26 Disclosures and to Impose Sanctions was served electronically on Kenneth P. Jacobus

s/Patricia A. Vecera

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al,
Case No. A05-0174-CV (JWS)
Motion to Compel Production of FRCP 26 Disclosures and to Impose Sanctions