Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
(907) 277-3333
(907) 264-6666 (Fax)

Counsel for Celeste Barras

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS<br><br>　　　　Plaintiff<br><br>-vs-<br><br>HEALTHSOUTH/U.S. HEALTHWORKS<br><br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-0174-CV (JWS) |

### MOTION TO BE RELIEVED AS COUNSEL

Kenneth P. Jacobus, P.C., moves to be relieved as counsel for Celeste Barras in this matter.

I have just received a motion to compel and for sanctions. I am no longer the attorney for Celeste Barras in this matter. She is being represented by Darryl Jones. Mr. Jones has the files in his possession, made the most recent settlement offer, and is advising Mr. Barras with respect to this case. It is only his office that can produce the FRCP 26 disclosures and appropriately respond to the motion.

Kenneth P. Jacobus, P.C., should be relieved as counsel for Ms. Barras and she should

be allowed a reasonable time for the entry of appearance of a substitute counsel.

Dated this 25th day of April, 2006.

        KENNETH P. JACOBUS, P.C.

By /s/ Kenneth P. Jacobus
KENNETH P. JACOBUS, P.C.
310 K Street, Suite 200
Anchorage AK 99501-2064
Phone: (907) 277-3333
Fax: (907) 264-6666
E-mail: kpjlaw@yahoo.com
ABA No. 6911036

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of this Motion to be Relieved as Counsel was mailed on April 25, 2006 to:

Patricia A. Vacera
Turner and Mede, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage AK 99503-3502

Darryl Jones
109 West 6th Avenue, Suite 200
Anchorage AK 99501

Celeste Barras
160 Ocean Park Drive
Anchorage AK 99515

_____
Kenneth P. Jacobus

2