TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| HEALTHSOUTH MEDICAL CLINICS OF ) | |
| ANCHORAGE, LLC & U.S. ) | |
| HEALTHWORKS HOLDING CO., INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | Case No. A05-0174-CV (JWS) |

**DEFENDANTS' RESPONSE TO KENNETH P. JACOBUS'
MOTION TO WITHDRAW AS COUNSEL**

Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants"), by and through counsel of record, hereby respond to the motion filed by plaintiff Celeste Barras' ("Barras") counsel of record, Kenneth P. Jacobus.

Defendants do not oppose Mr. Jacobus' motion to withdraw as counsel.  Defendants object, however, to granting

Page 1 of 3
Barras v. HealthSouth Medical Clinics, et al., Case No. A05-0174-CV (JWS)
Defendants' Response to Kenneth P. Jacobus' Motion to Withdraw as Counsel

Barras further unlimited time "to obtain substitute counsel" as Mr. Jacobus requests in his motion. Despite Mr. Jacobus' repeated assurances that attorney Daryl L. Jones would be "taking over this case," Mr. Jones has not entered an appearance on behalf of Barras despite having more than ample opportunity to do so. Moreover, Defendants provided Mr. Jones with their Rule 26 disclosures in late December 2005. To the extent Mr. Jones does, in fact, intend to represent Barras, he has had nearly four months to enter an appearance and produce Barras' FRCP 26 initial disclosures – clearly more than a reasonable period of time.

From the time she filed her lawsuit against the Defendants in April 2003 in the Alaska Superior Court, Barras and her counsel have been slow-rolling the case and blatantly ignoring discovery obligations imposed by the state and federal civil rules. Granting Barras significant additional time to obtain counsel to prosecute this case will only encourage further undue delay. Consequently, Defendants renew their request to compel Barras -- with or without counsel -- to produce her initial disclosures and to impose sanctions for her ongoing discovery violations.

Page 2 of 3
Barras v. HealthSouth Medical Clinics, et al., Case No. A05-0174-CV (JWS)
Defendants' Response to Kenneth P. Jacobus' Motion to Withdraw as Counsel

DATED at Anchorage, Alaska, this 26th day of April 2006.

                                  s/Patricia A. Vecera
                                  Turner & Mede, P.C.
                                  1500 W. 33rd Ave., Ste. 200
                                  Anchorage, AK 99503
                                  Phone: (907) 276-3963
                                  Fax: (907) 277-3695
                                  E-mail: pvecera@turnermede.com
                                  Alaska Bar No. 9411111

**Certificate of Service**

I hereby certify that on April 26, 2006, a copy of the foregoing Response to Kenneth P. Jacobus' Motion to Withdraw as Counsel was served electronically on Kenneth P. Jacobus and on Darryl L. Jones, 109 W. 6th Avenue, Suite 200, Anchorage, AK 99501, by regular U.S. mail.

s/Patricia A. Vecera

Page 3 of 3
Barras v. HealthSouth Medical Clinics, et al., Case No. A05-0174-CV (JWS)
Defendants' Response to Kenneth P. Jacobus' Motion to Withdraw as Counsel