RECEIVED
MAY 04 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) ) ) ) |
| Defendants. | ) ) |

) Case No A05-0174-CV (JWS)

## STIPULATION TO EXTEND OPPOSITION

COMES NOW the parties, by and through their respective attorneys and hereby stipulate that plaintiff shall have until May 10, 2006 in which to respond to defendant's pending motion to compel.

DATED this 3rd day of May, 2006 at Anchorage, Alaska.

Darryl L. Jones, Esq.
ABA #8811188

DATED this 4th day of May 2006 at Anchorage, Alaska.

Patricia A. Vecera, Esq.
ABA #9411111

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212 FAX: (907) 278-1213