RECEIVED

MAY 0 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) ) ) ) |
| Defendants. | ) ) |
| | ) Case No A05-0174-CV (JWS) |

### CERTIFICATE OF SERVICE

This is to certify that on or about May 4th, 2006, a true and correct copy of the attached documents were caused to be hand delivered to:

Turner & Meade, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502

DATED this 4th day of May 2006 at Anchorage, Alaska.

Darryl L. Jones, Esq.
ABA #8811188

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213