RECEIVED
MAY 0 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) ) ) ) |
| Defendants. | ) ) |
| | ) Case No A05-0174-CV (JWS) |

## ORDER

This matter having come before the court on stipulation of the parties and for good cause found,

IT IS ORDERED:

1. Plaintiff shall have until May 10, 2006 in which to oppose defendant's Motion to Compel Production of FRCP Disclosures and to Impose Sanction.

DATED this ____ day of May 2006 at Anchorage, Alaska.

_____
U.S. District Court Judge

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213