IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| M. CELESTE BARRAS | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S HEALTHWORKS HOLDING CO., INC., | ) ) ) ) |
| Defendants. | ) ) ) |

Case No A05-0174-CV (JWS)

## CERTIFICATE OF SERVICE

This is to certify that on or about May 16, 2006, a true and correct copy of

Motion To Represent Self were caused to be mailed to:

Turner & Meade, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502

DATED this 16th day of May 2006 at Anchorage, Alaska.

*M. Celeste Barras-Rohan*
M. Celeste Barras-Rohan

MARNA CELESTE BARRAS-ROHAN
CITIZEN OF THE UNITED STATES
160 Ocean Park Drive
Anchorage, Alaska 99515-3401
PHONE & FAX: (907) 336-1960 CELL: (907) 250-4817