RECEIVED
MAY 1 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| M. CELESTE BARRAS | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| HEALTHSOUTH MEDICAL CLINICS | ) |
| OF ANCHORAGE, LLC & U.S | ) |
| HEALTHWORKS HOLDING CO., INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Case No A05-0174-CV (JWS)

## MOTION TO REPRESENT SELF AS COUNSEL

I Marna Celeste Barras-Rohan move to represent myself as counsel. I have been unable to attain proper legal counsel due to inadequate financial funds. I have paid Darryl L. Jones a retainer of $10,000.00 to handle two cases and he quickly brought the first case to an unsatisfactory conclusion and he has refused to address the other; the case mentioned above, due to he is not a Contingency Law Practice. I have adequate documentation to present to a jury this is a legitimate and rightful claim.

MARNA CELESTE BARRAS-ROHAN
CITIZEN OF THE UNITED STATES
160 Ocean Park Drive
Anchorage, Alaska 99515-3401
PHONE & FAX: (907) 336-1960 CELL: (907) 250-4817

M. Celeste Barras-Rohan
160 Ocean Park Drive
Anchorage, Alaska 99515-3401

Turner & Meade, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502

DATED this 16th day of May 2006 at Anchorage, Alaska.

*M. Celeste Barras-Rohan*
M. Celeste Barras-Rohan

MARNA CELESTE BARRAS-ROHAN
CITIZEN OF THE UNITED STATES
160 Ocean Park Drive
Anchorage, Alaska 99515-3401
PHONE & FAX: (907) 336-1960 CELL: (907) 250-4817