RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) ) ) ) |
| Defendants. | ) ) Case No A05-0174-CV (JWS) |

**MOTION TO WITHDRAW UPON WRITTEN CONSENT**

COMES NOW, Darryl L. Jones, counsel for the plaintiff and motions the court to allow his withdrawal upon written consent of the plaintiff.

DATED this 11th day of May, 2006 at Anchorage, Alaska.

Darryl L. Jones, Esq.
ABA #8811188

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213