IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) |
| Defendants. | ) |
| | ) Case No A05-0174-CV (JWS) |

## CONSENT TO WITHDRAWAL

I Celeste Barras, hereby consents to the withdrawal of Darryl L. Jones as my counsel of record.

DATED this 11 day of May 2006 at Anchorage, Alaska.

_M Celeste Barras_
Celeste Barras

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213