IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) |
| Defendants. | ) |
| | ) Case No A05-0174-CV (JWS) |

### ORDER

This matter having come before the court on motion of plaintiff's counsel, noting all opposition thereto and for good cause found,

IT IS HEREBY ORDERED:

1. Darryl L. Jones is hereby withdrawn as counsel for the plaintiff in this matter.

DATED this ___ of May 2006 at Anchorage, Alaska.

_____
U.S. District Judge

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213