RECEIVED
MAY 2 2 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| HEALTHSOUTH MEDICAL CLINICS | ) |
| OF ANCHORAGE, LLC & U.S. | ) |
| HEALTHWORKS HOLDING CO., INC., | ) |
| | ) |
| Defendants. | ) |
| | ) Case No A05-0174-CV (JWS) |

### CERTIFICATE OF SERVICE

This is to certify that on or about May 11, 2006, a true and correct copy of

MOTION TO WITHDRAW UPON WRITTEN CONSENT, CONSENT FOR

WITHDRAWAL, AFFIDAVIT OF COUNSEL and ORDER were caused to be mailed to:

Turner & Meade, P.C.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502

Celeste Barras
160 Ocean Park Drive
Anchorage, Alaska 99515-3101

DATED this 11th day of May 2006 at Anchorage, Alaska.

_____
Darryl L. Jones, Esq.
ABA #8811188

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213