IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAY 2 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CELESTE BARRAS, )
　)
Plaintiff, )
v. )
　)
HEALTHSOUTH MEDICAL CLINICS )
OF ANCHORAGE, LLC & U.S. )
HEALTHWORKS HOLDING CO., INC., )
　)
Defendants. )
_____ ) Case No A05-0174-CV (JWS)

## AFFIDAVIT OF COUNSEL

STATE OF ALASKA )
　) ss.
THIRD JUDICIAL DISTRICT )

　Darryl L. Jones, being duly sworn, deposes and states as follows:

　1. I am counsel for plaintiff in this matter and make this affidavit in support of my Motion to Withdraw upon Written Consent and Motion for Extension of time.

　2. Plaintiff has requested that I withdraw from this matter.

　3. Plaintiff's address 160 Ocean Park Dr., Anchorage, Alaska 99515-3101 and her phone numbers are Work-264-1373, Home 336-1960 and Cell-250-4803.

　4. Further, I am informed and believe that Ms. Barras will need approximately 10 days from the date of my withdrawal in order to attempt to secure counsel and respond to defendant's pending Motion to Compel and for Sanctions.

　　　FURTHER YOUR AFFIANT SAYETH NAUGHT

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213

1

                                                                  Darryl L. Jones, Esq.
                                                                  ABA #8811188

SUBSCRIBED AND SWORN to before me this 10th day of May 2006 at Anchorage, Alaska.

                                                NOTARY PUBLIC IN AND FOR THE
                                                STATE OF ALASKA
                                                My Commission Expires: 8/19/2009

**State of Alaska**
**NOTARY PUBLIC**
**Deborah L. Fenton-Bushue**
**Commission No: 101289**

DARRYL L. JONES
ATTORNEY AT LAW
109 W. 6TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PH: (907) 278-1212  FAX: (907) 278-1213