MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*CELESTE BARRAS*　　　v.　*HEALTHSOUTH/U.S. HEALTHWORKS*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO.  3:05-CV-00174 JWS

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date:  May 31, 2006

  At docket 29, plaintiff Celeste Barras moves to represent herself.  The court construes these motions as indicating that plaintiff has dismissed Mr. Jones as her counsel.  Because a party always has the right to represent herself in a civil case, the motion at docket 29 is **GRANTED**.  Henceforth, plaintiff is proceeding *pro se.*  Plaintiff is encouraged to study the Federal Rules of Civil Procedure and the local rules of this court.

  The motion of Ken Jacobus to withdraw as counsel for plaintiff at docket 25 is **GRANTED**.  The motion of Darryl Jones to withdraw as counsel for plaintiff at docket 32 is **GRANTED**.