UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

CELESTE M. BARRAS   v.   HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE LLC, et al

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                              CASE NO.  3:05-cv-00174 JWS

Linda Christensen

PROCEEDINGS: **ORDER FROM CHAMBERS**                      DATE: June 23, 2006

At docket 21, defendants moved to compel plaintiff to provide them with her initial disclosures pursuant to Fed. R. Civ. P. 26(a). The motion has not been opposed and appears to have merit.

The motion at docket 21 is **GRANTED** as follows: Plaintiff shall provide the initial disclosures required by Rule 26(a) to counsel for defendants on or before July 5, 2006. Pursuant to Rule 37(a)(4), defendants are also entitled to recover their attorney fees and costs associated with the motion they had to file in order to secure plaintiff's complaince with her obligations.

Defendants shall file a properly supported memorandum indicating the amount reasonably requested as attorney fees and

[]{IA.WPD*Rev.12/96}

costs incurred in making the motion. Such memorandum shall be filed on or before July 5, 2006. Plaintiff shall have until July 12, 2006 in which to respond to that memorandum. She may contest the amount requested, but she may not contest the defendants' right to recover a reasonable amount. No reply shall be filed unless requested by the court.

[]{IA.WPD*Rev.12/96}