TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CELESTE BARRAS,                )
                               )
        Plaintiff,             )
                               )
    v.                         )
                               )
HEALTHSOUTH MEDICAL CLINICS OF )
ANCHORAGE, LLC & U.S.          )
HEALTHWORKS HOLDING CO., INC., )
                               )
        Defendants.            )
_____)  Case No. A05-0174-CV (JWS)

### AFFIDAVIT OF PATRICIA A. VECERA

STATE OF ALASKA       )
THIRD JUDICIAL DISTRICT  )

    Patricia A. Vecera, being first duly sworn, deposes and states as follows:

    1.   I am an associate attorney in the law firm of Turner & Mede, P.C. and am primarily responsible for representing

Page 1 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Affidavit of Patricia A. Vecera

Defendants HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc. (collectively ``Defendants'').

2. I spent 11.0 hours of time working on Defendants' ``Motion to Compel Production of FRCP 26 Disclosures and to Impose Sanctions.'' My time was billed at the rate of $195.00.

3. In addition, my supervising partner, William F. Mede, spent .4 hours of time working on the motion. Mr. Mede's time was billed at the rate of $275.00 per hour.

4. Such attorney time was actually and necessarily spent in the course of performing work on this litigation.

5. A total of 11.4 hours of attorney time was spent in connection with preparing the underlying motion, which included drafting a motion, memorandum, affidavit of counsel, and proposed order. Multiplying each attorney's hours by their respective billing rates, Defendants incurred attorneys fees in this case in the total amount of $2255.00.

6. Further your affiant sayeth naught.

_____
Patricia A. Vecera

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

SUBSCRIBED AND SWORN to before me this 29th day of June 2006.



_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: 7-19-08

**Certificate of Service**

I hereby certify that on June 29, 2006, a copy of the foregoing Memorandum Regarding Fees and Costs Associated with Defendants' Motion to Compel Production of FCRP 26 Disclosures was served on M. Celeste Barras, 160 Ocean Park Drive, Anchorage AK  99515-3401, by regular U.S. mail.

s/Patricia A. Vecera

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Page 3 of 3
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Affidavit of Patricia A. Vecera