TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of Anchorage,
LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) ) ) ) |
| Defendants. | ) ) |
| | ) Case No. A05-0174-CV (JWS) |

### REQUEST FOR MEDIATION

Defendants HealthSouth Medical Clinics of Anchorage, LLC and U.S. HealthWorks Holding Co., Inc., pursuant to Local Rule 16.2, hereby submit their request for mediation of the above-captioned matter and request the Court order the parties to mediate *"before a United States district, bankruptcy or magistrate judge, including a senior judge or retired judge, who is not assigned to the case and who consents to serve"*, as permitted by Local Rule

Page 1 of 2
Barras v. HealthSouth Medical Clinics, et al., Case No. A05-0174-CV (JWS)
Request for Mediation

16.2(e)(2)(A). Defendants' counsel has spoken with Plaintiff Barras regarding mediation of this matter and she has indicated her willingness to participate.

DATED at Anchorage, Alaska, this 5th day of July 2006.

TURNER & MEDE, P.C.
Attorneys for defendants HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Company, Inc.

By: _____
Patricia A. Vecera
Alaska Bar No. 9411111

### Certificate of Service

This is to certify that on this 5th day of July 2006, a true and correct copy of the foregoing was mailed, postage prepaid, to:

Celeste M. Barras
160 Ocean Park Drive
Anchorage, AK  99515-3401

_____
Kimberly A. Taylor

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695