IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**RECEIVED**
JUL 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **M. CELESTE BARRAS** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| **HEALTHSOUTH MEDICAL CLINICS** ) | |
| **OF ANCHORAGE, LLC & U.S** ) | |
| **HEALTHWORKS HOLDING CO., INC.,** ) | |
| ) | |
| Defendants. ) | |
| ) | Case No A05-0174-CV (JWS) |

**REQUEST FOR EXTENTION OF TIME**

As per initial disclosures submitted by plaintiff on July 5, 2006 the disclosures did not meet required rules per Federal Rule of Civil Procedure 26 (a) (1)(A)-(D). Plaintiff now pleads to the courts for a 15-day extension of time to resubmit the initial disclosures complying and meeting required standards of rules stated above.

MARNA CELESTE BARRAS-ROHAN
CITIZEN OF THE UNITED STATES
160 Ocean Park Drive
Anchorage, Alaska 99515-3401
PHONE & FAX: (907) 336-1960 CELL: (907) 250-4817

M. Celeste Barras-Rohan
Citizen of The United States
Born Resident of Alaska
160 Ocean Park Drive
Anchorage, Alaska 99515
Telephone & Fax: (907) 336-1960
Cell: (907) 250-4817


DATED at Anchorage, Alaska this __7__ day of July 2006

                M. Celeste Barras
                160 Ocean Park Drive
                Anchorage, Alaska 99515


By: _M. Celeste Barras-Rohan_
      Marna Celeste Barras-Rohan
      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


## Certificate of Service

This is to certify that on this __7__ day of July 2006, a true and correct copy of the foregoing was mailed, to:


TURNER & MEDE, P.C.
Attorneys for defendants HealthSouth
Medical Clinics of Anchorage, LLC and
U. S. Healthworks Holding Company, INC.