TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | ) |
| | ) |
| HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC., | ) ) ) |
| | ) |
|     Defendants. | ) |
| _____ | )   Case No. A05-0174-CV (JWS) |

**<u>NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR EXTENSION OF TIME</u>**

       Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants"), by and through counsel of record, will not oppose Plaintiff Celeste Barras' ("Barras") request for a 15-day extension of time to submit her Rule 26 initial disclosures since, for practical purposes, 15 days will have elapsed by the time the Court addresses this motion.

Page 1 of 2
<u>Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.</u>,
Case No. A05-0174-CV (JWS)
Non-Opposition to Plaintiff's Request for Extension of Time

Nevertheless, since Defendants were forced to file a motion to compel and obtain an order directing Barras to comply with her discovery obligations, Defendants request that the Court grant no further extensions of time in which to comply with her FRCP 26 disclosures.

DATED at Anchorage, Alaska, this 12th day of July 2006.

s/Patricia A. Vecera
Turner & Mede, P.C.
1500 W. 33rd Ave., Ste. 200
Anchorage, AK 99503
Phone: (907) 276-3963
Fax: (907) 277-3695
E-mail: pvecera@turnermede.com
Alaska Bar No. 9411111

**Certificate of Service**

I hereby certify that on July 12, 2006, a copy of the foregoing Non-Opposition to Plaintiff's Request for Extension of Time was served on M. Celeste Barras, 160 Ocean Park Drive, Anchorage AK 99515-3401, by regular U.S. mail.

s/Patricia A. Vecera

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Non-Opposition to Plaintiff's Request for Extension of Time