TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS,<br><br>      Plaintiff,<br><br>  v.<br><br>HEALTHSOUTH MEDICAL CLINICS OF ANCHORAGE, LLC & U.S. HEALTHWORKS HOLDING CO., INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-0174-CV (JWS) |

**DEFENDANTS' MOTION FOR TERMINATING SANCTIONS, OR ALTERNTIVELY, FOR AN ORDER BARRING INTRODUCTION OF EVIDENCE AND FOR ADDITIONAL MONETARY SANCTIONS FOR PLAINTIFF'S WILLFUL DISCOVERY VIOLATIONS**

Defendants HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co. Inc. (collectively "Defendants"), by and through their counsel of record, hereby move pursuant to Federal Rule of Civil Procedure ("FRCP") 37(b)(2) and D. Ak. 37.1(a)-(b) for litigation-terminating sanctions in the form of an order dismissing Plaintiff Celeste

Page 1 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al,
Case No. A05-0174-CV (JWS)
Defendants' Motion for Terminating Sanctions

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Barras' ("Barras") lawsuit for her willful and continuous discovery violations. In the event the Court declines to dismiss her lawsuit, Defendants move in the alternative for an order barring introduction of evidence not timely furnished during discovery and for further monetary sanctions.

DATED at Anchorage, Alaska, this 26th day of July 2006.

> s/Patricia A. Vecera
> Turner & Mede, P.C.
> 1500 W. 33rd Ave., Ste. 200
> Anchorage, AK 99503
> Phone: (907) 276-3963
> Fax: (907) 277-3695
> E-mail: pvecera@turnermede.com
> Alaska Bar No. 9411111

**Certificate of Service**

I hereby certify that on July 26, 2006, a copy of the foregoing Defendants' Motion for Terminating Sanctions was served on M. Celeste Barras, 160 Ocean Park Drive, Anchorage AK 99515-3401, by regular U.S. mail.

s/Patricia A. Vecera

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695