TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska 99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HEALTHSOUTH MEDICAL CLINICS OF) <br> ANCHORAGE, LLC & U.S. ) <br> HEALTHWORKS HOLDING CO., INC.,) <br> ) <br> Defendants. ) <br> _____) | Case No. A05-0174-CV (JWS) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
WITH PREJUDICE**

Plaintiff Celeste Barras (``Barras'') and Defendants HealthSouth Medical Clinics of Anchorage, LLC and U.S. Healthworks Holding Co., Inc. (collectively ``Defendants''), through counsel of record, Turner & Mede, P.C., hereby stipulate and agree to the dismissal, with prejudice, of all of Barras' claims against Defendants in this case. Each party will bear

Page 1 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Stipulation and Order for Voluntary Dismissal with Prejudice

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

their own costs and attorneys' fees with regard to this litigation.

DATED: August 15, 2006     By: *M. Celeste Barras*
                               Celeste Barras, Pro Se
                               Plaintiff


TURNER & MEDE, P.C.
Attorneys for Defendants
HealthSouth Medical Clinics of
Anchorage, LLC & U.S. Healthworks
Holding Co., Inc.

DATED: August 15th, 2006    By: _____
                                Patricia A. Vecera
                                Alaska Bar No. 9411111


## ORDER

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
The Honorable John W. Sedwick
U.S. District Court Judge

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Stipulation and Order for Voluntary Dismissal with Prejudice