TURNER & MEDE, P.C.
William F. Mede
Patricia A. Vecera
Attorneys for defendants HealthSouth Medical Clinics of
Anchorage, LLC and U.S. Healthworks Holding Co., Inc.
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CELESTE BARRAS,            )<br>                            )<br>        Plaintiff,          )<br>                            )<br>    v.                      )<br>                            )<br>HEALTHSOUTH MEDICAL CLINICS OF)<br>ANCHORAGE, LLC & U.S.       )<br>HEALTHWORKS HOLDING CO., INC.,)<br>                            )<br>        Defendants.         )<br>_____) | Case No. A05-0174-CV (JWS) |

**PROPOSED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties, having stipulated to the dismissal, with prejudice, of all of Plaintiff Celeste Barras' ("Barras") claims against Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants") in the above-captioned matter, and the Court having considered said stipulation,

Page 1 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Proposed Order for Voluntary Dismissal with Prejudice

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

IT IS HEREBY ORDERED that:

1. This case is DISMISSED; and

2. Each party will bear their own costs and attorneys' fees with regard to this litigation.

DATED at Anchorage, Alaska this _____ day of _____ 2006.

The Honorable John W. Sedwick<br>
U.S. District Court Judge

Turner & Mede, P.C.
ATTORNEYS AT LAW
1500 WEST 33RD AVENUE, SUITE 200
ANCHORAGE, ALASKA 99503-3502
TELEPHONE (907) 276-3963
FACSIMILE (907) 277-3695

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Proposed Order for Voluntary Dismissal with Prejudice