IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CELESTE BARRAS,                          )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )
                                         )
HEALTHSOUTH MEDICAL CLINICS OF)
ANCHORAGE, LLC & U.S.                    )
HEALTHWORKS HOLDING CO., INC.,)
                                         )
          Defendants.                    )
_____)          Case No. A05-0174-CV (JWS)

**ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties, having stipulated to the dismissal, with prejudice, of all of Plaintiff Celeste Barras' ("Barras") claims against Defendants HealthSouth Medical Clinics of Anchorage, LLC ("HealthSouth") and U.S. Healthworks Holding Co., Inc. ("U.S. Healthworks") (collectively "Defendants") in the above-captioned matter, and the Court having considered said stipulation,

IT IS HEREBY ORDERED that:

1.   This case is DISMISSED; and

2.   Each party will bear their own costs and attorneys' fees with regard to this litigation.

Page 1 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Order for Voluntary Dismissal with Prejudice

        3.    The motion for sanctions at docket 48 is **DENIED as**

**moot.**

        DATED at Anchorage, Alaska this 18th day of August

2006.


                                        /s/
                            The Honorable John W. Sedwick
                            U.S. District Court Judge

Page 2 of 2
Barras v. HealthSouth Medical Clinics of Anchorage, LLC, et al.,
Case No. A05-0174-CV (JWS)
Order for Voluntary Dismissal with Prejudice